ACCEPTED
03-15-00285-CV
5580414
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 11:39:30 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00285-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 11:39:30 AM
JEFFREY D. KYLE
Clerk

## VOLKSWAGEN GROUP OF AMERICA, INC. AND AUDI OF AMERICA, INC.

Appellants

vs.

## JOHN WALKER III, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE TEXAS DEPARTMENT OF MOTOR VEHICLES BOARD, AND THE HONORABLE MICHAEL J. O'MALLEY AND THE HONORABLE PENNY A. WILKOV, IN THEIR OFFICIAL CAPACITIES AS ADMINISTRATIVE LAW JUDGES FOR THE STATE OFFICE OF ADMINISTRATIVE HEARINGS

Appellees

On Appeal from the 201st Judicial District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-15-001186
Honorable Amy Clark Meachum, Presiding Judge

## NOTICE OF APPEARANCE
_____

Appellants Volkswagen Group of America, Inc. and Audi of America, Inc.

hereby inform the Court that they will be represented in this appeal by the

undersigned attorneys and that their lead appellate counsel is S. Shawn Stephens of

King & Spalding, 1100 Louisiana, Suite 4000, Houston, Texas 77002.

Respectfully submitted,

**KING & SPALDING LLP**


By: /s/ S. Shawn Stephens
S. Shawn Stephens
Texas Bar No. 19160060
sstephens@kslaw.com
James P. Sullivan
Texas Bar No. 24070702
jsullivan@kslaw.com
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

BAKER & HOSTETLER LLP


By: /s/ Billy M. Donley
Billy M. Donley
Texas Bar No. 05977085
Mark E. Smith
Texas Bar No. 24070639
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile:  (713) 751-1717

*Attorneys for Appellants*
*Volkswagen Group of America, Inc.*
*and Audi of America, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on June 8, 2015, I used the Court's electronic case filing system to file this Notice of Appearance and to serve this document on counsel for appellees as follows:

Wm. R. Crocker
crockerlaw@earthlink.net
807 Brazos, Ste. 1014
Austin, Texas 78701
*Counsel for Appellees Ricardo M. Weitz,*
*Hi Tech Imports North, LLC, Hi Tech Imports*
*South, LLC and Hi Tech Imports, LLC*

Kimberly Fuchs
kimberly.fuchs@texasattorneygeneral.gov
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
*Counsel for Appellees Michael J. O'Malley and Penny A. Wilkov*

J. Bruce Bennett
jbb.chblaw@sbcglobal.net
Cardwell, Hart & Bennett, LLP
807 Brazos, Suite 1001
Austin, Texas 78701
*Counsel for Appellees Ricardo M. Weitz,*
*Hi Tech Imports North, LLC, Hi Tech Imports*
*South, LLC and Hi Tech Imports, LLC*

Dennis McKinney
dennis.mckinney@texasattorneygeneral.gov
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, Texas 78711-2548
*Counsel for Appellee John Walker III*

Joseph W. Letzer
jletzer@burr.com
Burr & Forman, LLP
420 20th Street N., Suite 3400
Birmingham, AL 35203
*Counsel for Appellees Ricardo M.*
*Weitz,*
*Hi Tech Imports North, LLC, Hi*
*Tech Imports*
*South, LLC and Hi Tech Imports,*
*LLC*

/s/ S. Shawn Stephens
S. Shawn Stephens